UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLARA OCHOA-DIAZ,<br><br>Defendant. | Case No.: 18CR585-JLS<br><br>**ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE** |
|---|---|

Upon unopposed application of the defendant and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant's term of supervised release shall be terminated forthwith.

IT IS SO ORDERED.

Dated: October 5, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge